1 | DANIEL BRODERICK, Bar #89424
Federal Defender
2 | Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
3 | 801 I Street, 3rd. Floor
Sacramento, California  95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
ADARREON CAIN
6

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )   CASE NO. 2:07-cr-00306-MCE
                                   )
11 |            Plaintiff,          )
                                   )   STIPULATION AND PROPOSED ORDER TO
12 |     v.                         )   CONTINUE STATUS HEARING AND TO
                                   )   EXCLUDE TIME PURSUANT TO THE
                                   )   SPEEDY TRIAL ACT
13 | ADARREON CAIN,                 )
                                   )
14 |            Defendant.          )
   _____

15

16 |     This case is currently scheduled for a status hearing on August 16, 2007.  The attorneys for both

17 | parties have conferred and agree that additional time is needed for defense preparation and for defense

18 | counsel to obtain criminal records from Texas.

19 |     The parties, through their respective counsel, hereby stipulate and agree that the status conference

20 | scheduled in this case for August 16, 2007, be continued until September 27, 2007.  In addition, the parties

21 | stipulate that the time period from August 16, 2007, to September 27, 2007, be excluded under the Speedy

22 | Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel

23 | with the reasonable time to prepare.

24 |     A proposed order is attached and lodged separately for the court's convenience.

25 | DATED:August 16, 2007

26

27

28
                                            1

1                 Respectfully submitted,

2 McGREGOR W. SCOTT              DANIEL BRODERICK
United States Attorney              Federal Defender

3

4

 /s/Lexi Negin for Heiko Coppola         /s/ Lexi Negin
5 HEIKO COPPOLA                 LEXI NEGIN
Assistant U.S. Attorney            Assistant Federal Defender
6 Attorney for United States         Attorney for Anthony Santiago

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00306-MCE |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ADARREON CAIN, | ) ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on August 16, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for August 16, 2007, be vacated and that the case be set for Thursday, September 27, 2007 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 16, 2007 stipulation, the time under the Speedy Trial Act is excluded from August 16, 2007, through September 27, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2