1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ADARREON CAIN
6

7              IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

   UNITED STATES OF AMERICA,        )   CASE NO. CR-S-07-306 MCE
10                                   )
              Plaintiff,             )
11                                   )   STIPULATION AND PROPOSED ORDER TO
       v.                            )   CONTINUE STATUS HEARING AND TO
12                                   )   EXCLUDE TIME PURSUANT TO THE
                                     )   SPEEDY TRIAL ACT
13 ADARREON CAIN,                    )
                                     )
14            Defendant.             )
   _____

15
       This case is currently scheduled for a status hearing on September 27, 2007.  The attorneys for both
16
   parties have conferred and agree that additional time is needed for defense preparation and for defense
17
   counsel to obtain criminal records from Texas.
18
       The parties, through their respective counsel, hereby stipulate and agree that the status conference
19
   scheduled in this case for September 27, 2007, be continued until November 15, 2007.  In addition, the
20
   parties stipulate that the time period from September 27, 2007, to November 15, 2007, be excluded under
21
   the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense
22
   counsel with the reasonable time to prepare.
23
       A proposed order is attached and lodged separately for the court's convenience.
24
25 DATED:September 26, 2007

26

27

28
                                     1

1          Respectfully submitted,

2   McGREGOR W. SCOTT                    DANIEL BRODERICK
    United States Attorney               Federal Defender

3

4

     /s/Lexi Negin for Heiko Coppola          /s/ Lexi Negin
5   HEIKO COPPOLA                        LEXI NEGIN
    Assistant U.S. Attorney              Assistant Federal Defender
6   Attorney for United States           Attorney for Anthony Santiago

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4

UNITED STATES OF AMERICA,                    )    CASE NO. CR-S-07-306 MCE
5                                             )
                    Plaintiff,                )
6                                             )
       v.                                     )    PROPOSED ORDER CONTINUING STATUS
7                                             )    HEARING AND EXCLUDING TIME
                                              )    PURSUANT TO THE SPEEDY TRIAL ACT
8   ADARREON CAIN,                            )
                                              )
9                   Defendant.                )
   _____

10

11        For the reasons set forth in the stipulation of the parties, filed on September 26, 2007,  IT IS

12   HEREBY ORDERED that the status conference currently scheduled for September 27, 2007,  be vacated

13   and that the case be set for Thursday, November 15, 2007 at 9:00 a.m.  The Court finds that the ends of

14   justice to be served by granting a continuance outweigh the best interests of the public and the defendant in

15   a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties'

16   September 26, 2007 stipulation, the time under the Speedy Trial Act is excluded from September 27, 2007,

17   through November 15, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need

18   to provide defense counsel with the reasonable time to prepare.

19

20    Dated:  September 26, 2007

21                                            _____

22                                            MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28                                            2