DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADARREON CAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00306-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ADARREON CAIN, | ) | |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on January 24, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 24, 2008, be continued until February 21, 2008. In addition, the parties stipulate that the time period from January 24, 2008, to February, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

///
///
///
///

1

1  DATED:January 15, 2008

2

3
                Respectfully submitted,

4
McGREGOR W. SCOTT               DANIEL BRODERICK
5  United States Attorney                Federal Defender

6

7  /s/Lexi Negin for Heiko Coppola        /s/ Lexi Negin
   HEIKO COPPOLA                    LEXI NEGIN
8  Assistant U.S. Attorney               Assistant Federal Defender
   Attorney for United States            Attorney for Adarreon Cain

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-00306-MCE |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ADARREON CAIN, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on January 15, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for January 24, 2008, be vacated and that the case be set for Thursday, February 21, 2008 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 15, 2008 stipulation, the time under the Speedy Trial Act is excluded from January 24, 2008, through February 21, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE