1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-0306 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| ADARREON CAIN | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from April 3, 2008 to May 1, 2008 at 9:00 a.m. They stipulate that the time between April 3, 2008 and May 1, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4.

///

///

1

Specifically, defense counsel needs additional time to review discovery, evaluate the defendant's criminal history and conduct plea negotiations with the government.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                              Respectfully Submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

DATE: April 4, 2008        By:   /s/ Heiko P. Coppola
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney

DATE: April 4, 2008            /s/ Lexi Negin
                              LEXI NEGIN
                              Attorney for Defendant

                       **SO ORDERED.**

Dated: April 4, 2008

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE