DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADARREON CAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-07-306 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ADARREON CAIN, | |
| Defendant. | |

This case is currently scheduled for a status hearing on September 4, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and discussions toward resolution of the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for September 4, 2008, be continued until October 2, 2008. In addition, the parties stipulate that the time period from September 4, 2008, to October 2, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

///

///

///

1

1

2  DATED:September 3, 2008

3

4
                        Respectfully submitted,
5
   McGREGOR W. SCOTT                      DANIEL BRODERICK
6  United States Attorney                 Federal Defender

7

8   /s/Lexi Negin for                      /s/ Lexi Negin
   HEIKO COPPOLA                          LEXI NEGIN
9  Assistant U.S. Attorney                Assistant Federal Defender
   Attorney for United States             Attorney for Adarreon Cain
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADARREON CAIN,<br><br>　　　　　Defendant. | CASE NO. CR-S-07-306 MCE<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

　　For the reasons set forth in the stipulation of the parties, filed on September 3, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for September 4, 2008, be vacated and that the case be set for Thursday, October 2, 2008 at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 3, 2008 stipulation, the time under the Speedy Trial Act is excluded from September 4, 2008, through October 2, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  September 3, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2