DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ADARREON CAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-306 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| ADARREON CAIN, | ) | |
| | ) | |
| Defendant. | ) | |

_____

    This case is currently scheduled for a status hearing on October 2, 2008.  The attorneys for both

parties have conferred and agree that additional time is needed for defense preparation and discussions

toward resolution of the case and due to the unavailability of the court on October 2, 2008.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference

scheduled in this case for October 2, 2008, be continued until October 30, 2008.  In addition, the parties

stipulate that the time period from October 2, 2008, to October 30, 2008, be excluded under the Speedy

Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel

with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

///

///

///

DATED:September 22, 2008

Respectfully submitted,

McGREGOR W. SCOTT                         DANIEL BRODERICK
United States Attorney                          Federal Defender


 /s/Lexi Negin for                             /s/ Lexi Negin
HEIKO COPPOLA                               LEXI NEGIN
Assistant U.S. Attorney                         Assistant Federal Defender
Attorney for United States                      Attorney for Adarreon Cain

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-306 MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING |
| | ) | AND EXCLUDING TIME PURSUANT TO THE |
| | ) | SPEEDY TRIAL ACT |
| ADARREON CAIN, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on September 22, 2008,  IT IS

HEREBY ORDERED that the status conference currently scheduled for October 2, 2008,  be vacated and

that the case be set for Thursday, October 30, 2008 at 9:00 a.m.  The Court finds that the ends of justice to

be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy

trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 22,

2008 stipulation, the time under the Speedy Trial Act is excluded from October 2, 2008, through October

30, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense

counsel with the reasonable time to prepare.

Dated:  September 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2