DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ADARREON CAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-306 MCE |
| Plaintiff, ) | |
| v. ) | AMENDED STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ADARREON CAIN, ) | |
| Defendant. ) | |

  This case is currently scheduled for a status hearing on October 2, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and discussions toward resolution of the case and due to the unavailability of the court on October 2, 2008.

  The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 2, 2008, be continued until October 29, 2008.  In addition, the parties stipulate that the time period from October 2, 2008, to October 29, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

  A proposed order is attached and lodged separately for the court's convenience.

///

///

///

1

1
2  DATED: September 23, 2008
3
4
                         Respectfully submitted,
5
   McGREGOR W. SCOTT                          DANIEL BRODERICK
6  United States Attorney                     Federal Defender
7
8   /s/Lexi Negin for                          /s/ Lexi Negin
   HEIKO COPPOLA                              LEXI NEGIN
9  Assistant U.S. Attorney                    Assistant Federal Defender
   Attorney for United States                 Attorney for Adarreon Cain
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADARREON CAIN,<br><br>　　　　　Defendant. | CASE NO. CR-S-07-306 MCE<br><br>AMENDED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

　　　For the reasons set forth in the stipulation of the parties, filed on September 23, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for October 2, 2008, be vacated and that the case be set for Wednesday, October 29, 2008 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 23, 2008 stipulation, the time under the Speedy Trial Act is excluded from October 2, 2008, through October 29, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 23, 2008

　　　　　　　　　　　　　　　　　　　　　／s／ Morrison C. England, Jr.
　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2