**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**

*Daniel J. Broderick*      (916) 498-5700  Fax: (916) 498-5710      *Linda C. Harter*
*Federal Defender*      *Chief Assistant Defender*

# M E M O R A N D U M

DATE:      March 12, 2009

TO:      The Honorable Morrison C. England, Jr.

FROM:      Lexi Negin, Assistant Federal Defender

SUBJECT:      United States v. Adarreon Cain
                   07-306

---

The parties and the United States Probation Office jointly request to continue Mr. Cain's sentencing to **April 9, 2009, at 9:00 a.m.**

The parties and the United States Probation Office also jointly request to alter the pre-sentence investigation schedule as follows:

| | |
|---|---|
| Informal objections shall be filed to the parties and Probation Officer no later than: | 3/19/09 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 3/26/09 |
| Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 4/2/09 |
| Sentencing: | 4/9/09 |

IT IS SO ORDERED:

Dated: March 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE